ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA  95402-1566
Telephone:  707-542-5050
Facsimile:  707-542-2589
E-Mail: mgreenberg@abbeylaw.com

Attorneys for Defendants
OLD MEXICO RESTAURANT EAST SIDE, INC., a California Corp. dba OLD MEXICO RESTAURANT; and FERNANDO A. LOPEZ, SR., Successor Trustee of the Lopez Family Trust, dated August 28, 1986

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>OLD MEXICO RESTAURANT EAST SIDE, INC., a California Corp., dba OLD MEXICO RESTAURANT; and FERNANDO A. LOPEZ, Sr., Successor Trustee of the Lopez Family Trust, dated August 28, 1986,<br><br>　　　　　　Defendants. | Case No.:  CV-15 3700 JCS<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT (LOCAL RULE 6-1)**<br><br>The Honorable Joseph C. Spero |

　　　Plaintiff IRMA RAMIREZ, on the one hand, and defendants OLD MEXICO RESTAURANT EAST SIDE, INC., a California Corp. dba OLD MEXICO RESTAURANT; and FERNANDO A. LOPEZ, SR., Successor Trustee of the Lopez Family Trust, dated august 28, 1986, on the other hand, through their respective counsel of record, hereby stipulate in accordance with Local Rule 6-1(a) to the following:

　　　1.　　In compliance with General Order 56, the parties to this action will be scheduling their joint inspection of the premises within the timeframe set forth in this Court's Scheduling Order (Docket #3), and will thereafter begin the process of meeting and conferring to discuss settlement of the claims in this action.

**STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT (LOCAL RULE 6-1)**

2. The CASp inspector retained by Defendants is currently out of town and unavailable to meet with the parties at this time.

3. Defendants' counsel will be out of the office from October 5-9.

4. Accordingly, Plaintiffs and Defendants stipulate that Defendants, and each of them, shall have to and including October 30, 2015 in which to file an answer or to otherwise respond to the Complaint in this action.

**IT IS SO STIPULATED:**

Dated: October 7, 2015          ABBEY, WEITZENBERG, WARREN & EMERY

By: /s/ Mitchell B. Greenberg
MITCHELL B. GREENBERG
Attorneys for Defendants
OLD MEXICO RESTAURANT EAST SIDE, INC., and FERNANDO A. LOPEZ, SR., Successor Trustee of the Lopez Family Trust, dated August 28, 1986

Dated: October 7, 2015          THOMAS E. FRANKOVICH, ESQ.

By: /s/ Thomas E. Frankovich
THOMAS E. FRANKOVICH
Attorney for Plaintiff
IRMA RAMIREZ

## ATTESTATION OF CONCURRENCE

I, Mitchell B. Greenberg, as the ECF user and filer of this document, attest that, pursuant to the United States District Court, Northern District Civil Local Rule 5.1(i)(3), concurrence in the filing of this document has been obtained from the above signatories.

Dated:  October 7, 2015                    ABBEY, WEITZENBERG, WARREN & EMERY

By:   /s/ Mitchell B. Greenberg
MITCHELL B. GREENBERG
Attorneys for Defendants
OLD MEXICO RESTAURANT EAST SIDE, INC., and FERNANDO A. LOPEZ, SR., Successor Trustee of the Lopez Family Trust, dated August 28, 1986

Dated: 10/8/15



IT IS SO ORDERED
Judge Joseph C. Spero

**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone:  (707) 542-5050  Facsimile (707) 542-2589

- 3 -
**STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT (LOCAL RULE 6-1)**

# CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for Defendants OLD MEXICO RESTAURANT EAST SIDE, INC., and FERNANDO A. LOPEZ, SR., Successor Trustee of the Lopez Family Trust, dated August 28, 1986, I electronically filed the **STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT (LOCAL RULE 6-1)** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: October 7, 2015         ABBEY, WEITZENBERG, WARREN & EMERY

By: _____/s/ Mitchell B. Greenberg_____
MITCHELL B. GREENBERG
Attorneys for Defendants
OLD MEXICO RESTAURANT EAST SIDE, INC., and FERNANDO A. LOPEZ, SR., Successor Trustee of the Lopez Family Trust, dated August 28, 1986

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

- 4 -
**STIPULATION TO EXTEND TIME WITHIN WHICH TO RESPOND TO COMPLAINT (LOCAL RULE 6-1)**